Ayhan M. Menekshe, Esq. (SBN 197467)
    Email: "menekshe@menekshelaw.com"
Michael E. Zárate, Esq. (SBN 242597)
**MENEKSHE LAW FIRM**
16275 Los Gatos Boulevard
Los Gatos, California 95032
Tel.: (408) 358-1200
Fax: (408) 358-1205

WAYNE A. SILVER, Esq. (SBN 108135)
    Email: "w_silver@sbcglobal.net"
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Tel. (408) 720-7007
Fax. (408) 720-7001

Attorneys for Plaintiff,
DARLENE BOWLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DARLENE BOWLAND,<br><br>              Plaintiff,<br>vs.<br><br>VANDA KARAMEHMEDOVIC, et al.,<br><br>              Defendants. | Case No.: CV 11-01667 LHK<br><br>[~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE |

The Court has read and considered the Ex-Parte Application To Modify Briefing Schedule filed by Darlene Bowland ("Plaintiff"). Good cause appearing, the Application is GRANTED. The deadline for Plaintiff's response to Defendant Wells Fargo Bank N.A.'s Motions To Dismiss and Strike Complaint is extended From June 3, 2011 to June 24, 2011. The deadline for Defendant Wells Fargo Bank N.A. to reply is extended from June 10, 2011 to July 8, 2011.

**IT IS SO ORDERED.**

Dated: __June 3, 2011

_Lucy H. Koh_
LUCY H. KOH,
United States District Judge