UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLENE BOWLAND, | Case No.: 11-cv-01667-LHK |
| Plaintiff, | |
| v. | |
| VANDA KARAMEHMEDOVIC, an individual; NEWCAL FINANCIAL GROUP, INC., a California corporation; WORLD SAVINGS BANK, FSB, a California corporation; WACHOVIA MORTGAGE, FSB, a North Carolina corporation; WELLS FARGO BANK, N.A., a corporation and DOES 1 through 100, inclusive, | ORDER REMANDING CASE |
| Defendants. | |

Plaintiff first filed a complaint in the Superior Court for Santa Clara County.  Defendant Wells Fargo Bank N.A. (successor by merger to Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB) ("Wells Fargo") removed the complaint on the basis of a single federal claim under the Truth in Lending Act (TILA, 15 U.S.C. § 1601 *et seq*.).  Following removal, Wells Fargo filed a motion to dismiss Plaintiff's complaint.  Pursuant to party stipulation, Plaintiff's opposition to the motion was due June 24, 2011.

On June 24, 2011, rather than filing an opposition to Wells Fargo's motion to dismiss, Plaintiff filed a First Amended Complaint (FAC).  The FAC does not assert a TILA claim, or any other federal cause of action.  All the claims in the FAC are based on California law.  In this situation, it is within the Court's discretion to exercise supplemental jurisdiction over the remaining

1

Case No.: 11-CV-01667-LHK
ORDER REMANDING CASE

claims, or not. *Carlsbad Tech.*, *Inc. v. HIF BIO*, *Inc.*, 129 S. Ct. 1862, 1866-67 (2009); 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original jurisdiction . . . .) ." The Court declines to exercise supplemental jurisdiction over the rest of Plaintiff's claims. Therefore, this matter is hereby REMANDED to the Superior Court for Santa Clara County. The hearing on the Defendants' Motions to Dismiss, set for Sept. 1, 2011 is hereby VACATED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01667-LHK
ORDER REMANDING CASE